IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARISSA RUDY<br>　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:18-cv-00993 |
| HOUSTON PROFESSIONAL FIRE<br>FIGHTERS ASSOCIATION and<br>INTERNATI ONAL ASSOCIATION<br>OF FIRE FIGHTERS, LOCAL 341<br>　　Defendants | §<br>§<br>§<br>§<br>§ | |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Charissa Rudy, and Defendants file this Joint Motion to Continue Scheduling Conference, and in support, respectfully show as follows:

1. Plaintiff filed this lawsuit on March 29, 2018. On April 19, 2018, this court ordered disclosures by May 21, 2018 and set a scheduling conference for May 29, 2018.

2. Plaintiff has provided waivers of service to Defendants, which Defendants have agreed to accept and return to Plaintiff today for filing with the Court giving them 60 days to answer the suit.

3. In addition, the parties have started settlement discussions in an attempt to facilitate a quick resolution to this dispute. Further both sides have exchanged some basic information related to one aspect of Plaintiff's claims to facilitate those settlement discussions.

4. On May 21, 2018, Plaintiff filed a Motion for Extension of Time to provide pretrial disclosures seeking an additional three weeks in order to allow the parties to exhaust settlement discussions.

5. Therefore, Plaintiff and Defendants respectfully request that the scheduling conference be continued by sixty days in order to give the Defendants time to answer and allow the parties the opportunity to explore a prompt resolution of this dispute.

WHEREFORE, both parties respectfully request that the May 29, 2018 scheduling conference be continued by sixty days. A proposed Order is attached.

Respectfully submitted,

AHMAD & CAPODICE, PLLC

/s/ Nasim Ahmad
Nasim Ahmad
State Bar No. 24014186
nahmad@ahmad-capodice.com
Dwain Capodice
State Bar No. 24031915
dcapodice@ahmad-capodice.com
24900 Pitkin Rd., Suite 300
The Woodlands, Texas  77386
Telephone:  (832) 767-3207
Telecopier:  (281) 864-4379

ATTORNEYS FOR PLAINTIFF
CHARISSA RUDY


PATRICK M. FLYNN, P.C.

/s/ Patrick Flynn
Patrick Flynn
State Bar No. 07199200
pat@pmfpc.com
1225 North Loop West, Suite 1000
Houston, TX 77008
713-861-6163

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2018, a true and correct copy of the above and foregoing document has been forwarded via email to opposing counsel as follows:

Pat Flynn
Patrick M. Flynn P.C.
1225 North Loop West, Suite 1000
Houston, TX 77008
Phone - 713-861-6163
Fax - 713-651-5566
pat@pmfpc.com

      /s/ Nasim Ahmad
      Nasim Ahmad

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARISSA RUDY<br>　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:18-cv-00993 |
| HOUSTON PROFESSIONAL FIRE<br>FIGHTERS ASSOCIATION and<br>INTERNATI ONAL ASSOCIATION<br>OF FIRE FIGHTERS, LOCAL 341<br>　　Defendants | §<br>§<br>§<br>§<br>§ | |

## **ORDER**

The Joint Motion to Continue the Scheduling Conference is **GRANTED**. The scheduling conference is hereby rescheduled for _____, 2018 at _____ AM/PM.

SIGNED at Houston, Texas on this _____ day of May, 2018.

_____
THE HONORABLE LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE