IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARISSA RUDY<br>    Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-00993 |
| HOUSTON PROFESSIONAL FIRE<br>FIGHTERS ASSOCIATION and<br>INTERNATIONAL ASSOCIATION<br>OF FIRE FIGHTERS, LOCAL 341<br>    Defendants | § § § § § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Charissa Rudy, and Defendants, Houston Professional Fire Fighters Association and International Association of Fire Fighters, Local 341 (collectively, the "Parties"), pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil procedure, file this Joint Stipulation of Dismissal with Prejudice and respectfully request that the Court enter a final judgment dismissing all of Plaintiff's claims with prejudice.   The parties will bear their own costs.

Respectfully submitted,

AHMAD & CAPODICE, PLLC

  /s/ Nasim Ahmad
Nasim Ahmad
Texas Bar No. 24014186
nahmad@ahmad-capodice.com
Dwain Capodice
State Bar No. 24031915
dcapodice@ahmad-capodice.com
24900 Pitkin, Suite 300
The Woodlands, Texas 77380
Telephone: (832) 767-3207
Telecopier: (281) 864-4379
nahmad@cline-ahmad.com

ATTORNEYS FOR PLAINTIFF
CHARISSA RUDY


  /s/ Patrick Flynn* by permission
Patrick Flynn
Texas Bar No. 07199200
1225 North Loop West, Suite 1000
Houston, Texas 77008-1775
Telephone: (713) 861-6163
Facsimile: (713) 961-5566
pat@pmfpc.com

ATTORNEY FOR DEFENDANTS
HOUSTON PROFESSIONAL FIRE
FIGHTERS ASSOCIATION AND
INTERNATIONAL ASSOCIATION OF FIRE
FIGHTERS, LOCAL 341

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of August 2018, a true and correct copy of the foregoing was transmitted via the ECF System to all counsel of record, as follows:

Patrick Flynn
1225 North Loop West, Suite 1000
Houston, Texas 77008-1775

                                                /s/ Nasim Ahmad
                                                Nasim Ahmad