| United States District Court | | Southern District of Texas |
|---|---|---|
| Charissa Rudy,<br><br>　　　　Plaintiff,<br><br>versus<br><br>Houston Professional Firefighters Association, et al.,<br><br>　　　　Defendants. | §§§§§§§§§§§ | Civil Action H-18-993 |

## Final Dismissal

On the agreement of the parties, this case is dismissed with prejudice. (13)

Signed on August 3, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge